# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:09-cr-113-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| BEAZER HOMES USA, INC., ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court upon the "Application for Admission to Practice Pro Hac Vice" (Doc. No. 4) of defense counsel Kenneth D. Bell on behalf of David N. Kelley. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

IT IS SO ORDERED.   Signed: July 13, 2009

Frank D. Whitney
United States District Judge