UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09cr113-W |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| BEAZER HOMES USA, INC. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss (Doc. 7), the Bill of Information (Doc. 1), with prejudice, pursuant to the deferred prosecution agreement (Doc. 2).

**IT IS ORDERED** that the Government's motion (Doc. 7), is **GRANTED** and the Bill of Information (Doc. 1), is **DISMISSED** with prejudice.

_____
Frank D. Whitney
Chief United States District Judge